218 F.2d 606
 THE CREEK NATION,f
v.
SCHOOL DISTRICT NO. 33 OF CREEK COUNTY, OKLAHOMA.
 No. 4991.
 United States Court of Appeals, Tenth Circuit.
 Oct. 6, 1954.
 
 Appeal from the United States District Court for the Northern District of Oklahoma.
 W. F. Semple, Tulsa, Okl., and Paul M. Niebell, Washington, D.C., for appellant.
 Sam T. Allen, III, Sapulpa, Okl., for appellee.
 Before PHILLIPS, Chief Judge, and KNOUS, District Judge.
 PER CURIAM.
 
 
 1
 Appeal dismissed on application of Appellant.